1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   PAUL LARRY MACK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-0262- WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER |
| v. | ) | |
| | ) | Date: January 23, 2012 |
| PAUL LARRY MACK, et al., | ) | Time: 9:30 a.m. |
| | ) | JUDGE: Hon. William B. Shubb |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

     It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, PAUL MACK, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, ALEXANDER HUGHES by and through his counsel, A. STANLEY KUBOCHI, ERIK SOLISFOX, by and through his counsel CHRISTOPHER HAYDN-MYER and LAVERNE FIELDS, by and though her counsel STEVEN D. BAUER that the status conference set for Monday, December 12, 2011, be continued to Monday, January 23, 2012 at 9:30 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

In addition, several of the parties are in active plea negotiations and are working toward the negotiated resolution of their cases. Additional time is needed for that purpose.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 23, 2012, pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 8, 2011       Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant
                              PAUL LARRY MACK


                              /s/  Benjamin Galloway for
                              A. STANLEY KUBOCHI
                              Attorney for Defendant
                              ALEXANDER HUGHES


                              /s/  Benjamin Galloway for
                              CHRISTOPHER HAYDN-MYER
                              Attorney for Defendant
                              ERIK SOLISFOX


                              /s/  Benjamin Galloway for
                              STEVEN D. BAUER
                              Attorney for Defendant
                              LAVERNE FIELDS

DATED: December 8, 2011       BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Benjamin Galloway for
                              JASON HITT
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

2

**O R D E R**

The above stipulation of the parties is accepted. The status conference set for December 12, 2011, is VACATED. This case is ordered to be re-calendared on January 23, 2012 at 9:30 a.m., for status conference.

The court finds, based on the reasons stated above, that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED:   December 9, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE