JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
LAVERNE FIELDS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>LAVERNE FIELDS, et al.,<br><br>   Defendants. | No. CR-S-11-262 WBS<br><br>STIPULATION AND<br>[~~PROPOSED~~ ORDER] CONTINUING<br>STATUS CONFERENCE<br><br>Date: May 7, 2012<br>Time: 9:30 a.m.<br>Judge: Honorable William B. Shubb |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Laverne Fields, John R. Manning, Esq., counsel for defendant Erik Solisfox, Christopher Haydn-Myer, Esq., and counsel for defendant Alexander Hughes, A. Stanley Kubochi, Esq., that the status conference presently set for April 2, 2012 be **continued to May 7, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

   Defense counsel requires additional time to review the discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, May 7, 2012.

IT IS SO STIPULATED.

Dated: March 28, 2012                               /s/  John R. Manning
                                                    JOHN R. MANNING
                                                    Attorney for Defendant
                                                    Laverne Fields

Dated: March 28, 2012                               /s/  Christopher Haydn-Myer
                                                    CHRISTOPHER HAYDN-MYER
                                                    Attorney for Defendant
                                                    Erik Solisfox

Dated: March 28, 2012                               /s/  Stanley Kubochi
                                                    A.  STANLEY KUBOCHI
                                                    Attorney for Defendant
                                                    Alexander Hughes

Dated: March 29, 2012                               Benjamin B. Wagner
                                                    United States Attorney

                                              by:   /s/ Jason Hitt
                                                    JASON HITT
                                                    Assistant U.S. Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, March 29, 2012, to and including May 7, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the April 2, 2012, status conference shall be continued until May 7, 2012, at 9:30 a.m.

IT IS SO ORDERED.
Dated:   March 29, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE