JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
LAVERNE FIELDS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,             ) No. CR-S-11-262 WBS
                                      )
        Plaintiff,                    )
                                      ) STIPULATION AND
                                      ) [~~PROPOSED~~ ORDER] CONTINUING
v.                                    ) STATUS CONFERENCE
                                      )
LAVERNE FIELDS, et al.,               ) Date: July 30, 2012
                                      ) Time: 9:30 a.m.
        Defendants.                   ) Judge: Honorable William B. Shubb
                                      )
                                      )
                                      )
                                      )

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Laverne Fields, John R. Manning, Esq., counsel for defendant Erik Solisfox, Christopher Haydn-Myer, Esq., and counsel for defendant Alexander Hughes, A. Stanley Kubochi, Esq., that the status conference presently set for June 18, 2012 be **continued to July 30, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

   Defense counsel requires additional time to review the discovery and perform investigation. Therefore, counsel for the parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, July 30, 2012.

IT IS SO STIPULATED.

Dated: June 12, 2012  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Laverne Fields

Dated: June 12, 2012  /s/ Christopher Haydn-Myer
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Erik Solisfox

Dated:  June 13, 2012  /s/ Stanley Kubochi
A. STANLEY KUBOCHI
Attorney for Defendant
Alexander Hughes

Dated: June 12, 2012  Benjamin B. Wagner
United States Attorney

by:  /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, June 14, 2012, to and including July 30, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare).  It is further ordered that the June 18, 2012, status conference shall be continued until July 30, 2012, at 9:30 a.m.

IT IS SO ORDERED.
Dated:  June 14, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE