HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
ALEXANDER HUGHES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER HUGHES,<br><br>　　　　Defendant. | No. Cr. S 11-262 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable WILLIAM B. SHUBB |

　　　　Defendant, ALEXANDER HUGHES by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

　　　　1.　　　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　　　On April 29, 2013, this Court sentenced Mr. Hughes to a term of 37 months imprisonment;

　　　　3.　　　　His total offense level was 21, his criminal history category was I, and the resulting guideline range was 37 to 46 months;

4. The sentencing range applicable to Mr. Hughes was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Hughes's total offense level has been reduced from 21 to 19, and his amended guideline range is 30 to 37 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Hughes's term of imprisonment to a term of 30 months.

Respectfully submitted,

| | |
|---|---|
| Dated:  December 22, 2014 | Dated:   December 22, 2014 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>ALEXANDER HUGHES |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Hughes is entitled to the benefit Amendment 782, which reduces the total offense level from 21 to 19, resulting in an amended guideline range of 30 to 37 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2013 is reduced to a term of 30 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Hughes shall report to the United States Probation Office within seventy-two hours after his release.

Dated: January 7, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE